UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Sandra Elliott, Learning Links Educational Center, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| United States Marshals Service, Tricare Healthnet, Services, Department of Health and Human Services, | ) ) ) | 5:15-CV-183-BO |
| | ) | |
| Defendants. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DISMISSES WITHOUT PREJUDICE this action pursuant to 28 U.S.C. § 1915(g).

This case is closed.

**This judgment filed and entered on June 11, 2015, and served on:**

Sandra Elliott (via US Mail at Alderson - FPC, Glen Ray Rd. - Box A, Alderson, WV 24910)

June 11, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk